# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Davis, Mark S. | U.S. District Court, Eastern District of Virginia | 09/26/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | | 6. Reporting Period |
|---|---|---|---|
| United States District Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑   Amended Report | | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States District Court
Walter E. Hoffman United States Courthouse
600 Granby Street, Suite 132
Norfolk, VA 23510

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Visitor | Regent University School of Law Board of Visitors, an advisory board to the Dean of the law school with no policy-making authority |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | Virginia Retirement System (reflects continued assets in VRS from service as Virginia judge from 2003-2008) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Mark S. | 09/26/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | BB&T Bank - salary and bonuses |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | VA CLE | September 15-16, 2011 | Charlottesville, VA | Speaker at Advanced Business Litigation Institute | Food, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Mark S. | 09/26/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Mark S. | 09/26/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Nationwide Life Insurance Whole Life Policy | | None | K | T | | | | | |
| 2. Lincoln National Annuity | A | Dividend | J | T | | | | | |
| 3. IRA #1 | C | Dividend | M | T | | | | | |
| 4. - UBS Pace Money Market Investment Fund Class P | | | | | | | | | |
| 5. - PIMCO Total Return Fund Class A | | | | | | | | | |
| 6. - Ivy Asset Strategy Fund Class A | | | | | | | | | |
| 7. - Blackrock Inflation Protected Bond A | | | | | | | | | |
| 8. - Delaware Diversified Income Fund Class A | | | | | | | | | |
| 9. - FT Templeton Global Bond A | | | | | | | | | |
| 10. - FT-Franklin US Gov't Sec A | | | | | | | | | |
| 11. - PIMCO Investment Grade Corporate Bond Fund Class A | | | | | | | | | |
| 12. - JP Morgan Highbridge Stat Market Neutral Fund A | | | | | | | | | |
| 13. - Rydex/SGI Managed Futures Strategy Fund A | | | | | | | | | |
| 14. - Blackrock Global Allocation Fund Inc. A | | | | | | | | | |
| 15. - Oakmark Equity & Income Fund Class I | | | | | | | | | |
| 16. Towne Bank Account | A | Interest | K | T | | | | | |
| 17. Metlife Whole Life Policy | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Mark S. | 09/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Raymond James Financial Services (X) | | | | | | | | | |
| 19. - Capital Income Builder Fund Class A-American Funds M/F | A | Dividend | J | T | | | | | |
| 20. - Fundamental Investors Fund Class A-American Funds M/F | A | Dividend | J | T | | | | | |
| 21. - Growth Fund of America Class A-American Funds M/F | A | Dividend | J | T | | | | | |
| 22. - Income Fund of America Class A-American Funds M/F | A | Dividend | J | T | | | | | |
| 23. - Smallcap World Fund Class A-American Funds M/F | A | Dividend | J | T | | | | | |
| 24. Roth IRA | A | Dividend | J | T | | | | | |
| 25. - American Funds New Perspective Fund-A | | | | | | | | | |
| 26. BB&T Bank Acccount | A | Interest | | | Closed | 06/15/11 | K | | |
| 27. BB&T (CD) | A | Interest | | | Matured | 11/10/11 | K | | |
| 28. BB&T (CD) (See Section VIII for explanation) | | None | | | Matured | 12/03/10 | J | | |
| 29. BB&T (CD) | A | Interest | | | Matured | 05/04/11 | K | | |
| 30. BB&T (CD) | A | Interest | K | T | | | | | |
| 31. BB&T (CD) | A | Interest | | | Matured | 03/18/11 | K | | |
| 32. BB&T (CD) | A | Interest | | | Matured | 10/05/11 | K | | |
| 33. BB&T (CD) | A | Interest | | | Matured | 11/10/11 | K | | |
| 34. BB&T (CD) | A | Interest | | | Matured | 01/05/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Mark S. | 09/26/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BB&T Bank Account (X) | A | Interest | J | T | | | | | |
| 36. BB&T Bank Account (X) | A | Interest | J | T | Open | 05/24/11 | J | | |
| 37. BB&T Bank Account (X) | B | Interest | N | T | Open | 06/10/11 | N | | |
| 38. BB&T Bank Account (X) | A | Interest | J | T | Open | 03/30/11 | J | | |
| 39. BB&T (CD) (X) | A | Interest | K | T | Open | 11/14/11 | K | | |
| 40. BB&T (CD) (X) | A | Interest | K | T | Open | 10/14/11 | K | | |
| 41. BB&T (CD) (X) | A | Interest | K | T | Open | 11/14/11 | K | | |
| 42. Fidelity Magellan IRA | A | Dividend | L | T | | | | | |
| 43. Vanguard Windsor II Fund Inv | A | Dividend | K | T | | | | | |
| 44. Vanguard Prime Money Market Fund | A | Interest | J | T | | | | | |
| 45. BB&T 401(k) | D | Dividend | O | T | | | | | |
| 46. - BB&T 1 year BIC | | | | | | | | | |
| 47. - Sterling Select Equity Fd Cl 1 | | | | | | | | | |
| 48. - Vanguard Institutional Index | | | | | | | | | |
| 49. - Sterling Mid-Cap Value | | | | | | | | | |
| 50. - Sterling Mid Cap Growth | | | | | | | | | |
| 51. - Sterling Int'l Equity | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Sterling Special Opps Equity | | | | | | | | | |
| 53. - BB&T Common Stock Fund | | | | | | | | | |
| 54. BB&T Non-Qualified Plan | A | Dividend | M | T | | | | | |
| 55. Colonial REMIC, LLC, an indirect subsidiary of BB&T Corp | A | Dividend | J | T | | | | | |
| 56. Walmart stock (See Part VIII for explanation) | A | Dividend | | | Sold | 12/29/10 | J | | |
| 57. Bank of America stock | A | Dividend | | | Sold | 12/14/11 | J | A | |
| 58. BB&T stock | C | Dividend | M | T | | | | | |
| 59. T. Rowe Price Virginia Tax Free Bond #1 (X) | A | Interest | K | T | Buy | 6/13/11 | K | | |
| 60. T. Rowe Price Virginia Tax Free Bond #2 (X) | A | Interest | K | T | Buy | 12/01/11 | J | | |
| 61. Virginia College Bldg Muni Bond (X) | A | Interest | K | T | Buy | 06/15/11 | K | | |
| 62. Wells Fargo Account (X) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Mark S. | 09/26/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts.

The stock options listed on the 2010 Financial Disclosure at Line #46 vested but were not exercised. Therefore, they should not have been reported on last year's report and are not listed on this year's report and have instead been listed in Part III under Spouse's Non-Investment Income as "bonuses."

Line 28 - BB&T (CD) - This CD matured on 12/3/10 and this maturity date should have been reported on the 2010 Financial Disclosure Report. The income for 2010 on this CD was $121.00 and the value at the end of 2010 was zero. The maturity date and the zero value is reported on this report to show the disposition of this asset.

Line 35 - BBT Bank Account - This bank account should have been listed on the 2010 Financial Disclosure Report but was inadvertently omitted. The interest income on the account at the end of 2010 was less than $1,000 and would therefore fall into Category A for income received during the reporting period. The gross value of this account at the end of 2010 was less than $15,000 and would therefore fall into Category J for gross value less than $15,000. This account has been listed on this Financial Disclosure Report as a new account since it is listed here for the first time.

Line 45 - BB&T 401(k) - The name on some of the holdings in this 401(k) account have been changed from BB&T to Sterling. This affects lines 47, 49, 50, 51 and 52.

Line 56 - Walmart stock - This stock was sold in 2010, but a dividend was paid in 2011 so that dividend is reported on this disclosure.

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Mark S. | 09/26/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Mark S. Davis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544